# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

JOVAN BLANTON,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

    Defendant.

Case No. 2:26-cv-00692-NJK

**Order**

[Docket Nos. 9, 11]

Pending before the Court is Plaintiff's unopposed motion for an extension of time for Defendant Experian Information Solutions, Inc. to respond to the complaint. Docket No. 9. Also pending before the Court is Defendant's motion for an extension of time to respond to the complaint. Docket No. 11.

Plaintiff requests that the Court extend the date for Defendant to respond to the complaint to May 21, 2026. Docket No. 9 at 2. Defendant requests that the Court extend its deadline to respond to the complaint to May 6, 2026. Docket No. 11 at 1.

For good cause shown, the Court **GRANTS** Defendant's motion and **RESETS** the deadline for Defendant to respond to the complaint to May 6, 2026. Docket No. 11. The Court **DENIES** Plaintiff's motion at Docket No. 9 as moot.

IT IS SO ORDERED.

Dated: April 7, 2026

_____
Nancy J. Koppe
United States Magistrate Judge

1