# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Jovan Blanton,<br><br>          Plaintiff,<br>v.<br><br>Trans Union LLC and Experian Information Solutions, Inc.,<br><br>          Defendants. | Case No.: 2:26-cv-00692<br><br>**Order Granting**<br>**Stipulation of dismissal of all claims between Plaintiff and Experian Information Solutions, Inc. with prejudice** |

- 1 -

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jovan Blanton and Experian Information Solutions, Inc. stipulate to dismiss all claims between Plaintiff and Experian Information Solutions, Inc. with prejudice.

Each party will bear its own costs, disbursements, and attorney fees.

Dated: May 1, 2026.

**FREEDOM LAW FIRM**

 /s/ *Gerardo Avalos*
George Haines, Esq.
Gerardo Avalos, Esq.
8985 S. Eastern Ave., Suite 205
Las Vegas, Nevada 89123
*Counsel for Plaintiff*

**O'HAGAN MEYER PLLC**

/s/ *Inku Nam*
Inku Nam, Esq.
300 S. 4th Street, Suite 1250
Las Vegas, Nevada 89101
*Counsel for Experian Information Solutions, Inc.*

**IT IS SO ORDERED**
Dated: May 4, 2026
.
.
.
_____
Nancy J. Koppe
United States Magistrate Judge

- 2 -